## ALLEN *v.* THE STATE.

COBB, P. J. This was a prosecution of a mother for the murder of her new-born babe. The child was a bastard. There was evidence sufficient to authorize a finding that the child was born alive, and that the mother killed it by inflicting injuries upon its head. No error of law is complained of. The refusal of a new trial will not be reversed. *Judgment affirmed. Fish, C. J., absent. The other Justices concur.*

Submitted March 18,—Decided April 10, 1907.

Indictment for murder. Before Judge Freeman. Troup superior court. January 26, 1907.

*E. T. Moon,* for plaintiff in error.

*John C. Hart, attorney-general,* and *J. R. Terrell, solicitor-general,* contra.